# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES THEODORE SHARKEY,
Petitioner,
vs.
CLERK OF THE JUSTICE COURT, LAS VEGAS, TOWNSHIP, DEPT. 15,
Respondent.

No. 80619

**FILED**

MAR 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition appears to seek a writ of mandamus directing the justice court to file petitioner's notice of appeal and motion to appoint appellate counsel. Additionally, petitioner appears to contend that his trial counsel failed to inform him of his right to appeal.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-08773

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____ *Pickering*, C.J.
Pickering

_____, J.          _____, J.
Hardesty                          Cadish

cc:  James Theodore Sharkey
     Attorney General/Carson City
     Clark County District Attorney